UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMEE DEIDRE HUNDLEY (AKA JAMES DERRICK HUNDLEY), <br><br> Plaintiff, <br><br> v. <br><br> ROMEO ARANAS, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00458-ART-CSD <br><br> ORDER |

Counseled Plaintiff Jamee Hundley has timely filed her Second Amended Civil Rights Complaint under 42 U.S.C. § 1983 ("SAC") and moved the Court to either expedite or forgo screening that pleading under 28 U.S.C. § 1915A. (ECF Nos. 30, 31). On August 9, 2023, the Court entered an order screening the Second Amended Complaint, allowing Plaintiff's claims to proceed, and directing that service be perfected within 90 days consistent with Federal Rule of Civil Procedure 4(m). (ECF No. 32).

It light of the foregoing, it is hereby ordered that the motion to expedite or forgo screening the Second Amended Civil-Rights Complaint (ECF No. 31) is denied as moot.

DATED THIS 16th day of August 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE