# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMEE DEIRDRE HUNDLEY, aka JAMES DERRICK HUNDLEY,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex. rel. BOARD OF PRISON COMMISSIONERS, et al.,<br><br>                Defendants. | Case No. 3:19-cv-00458-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants **Joseph Lombardo**, **Cisco Aguilar** and **Sarah Ruston**. (ECF No. 38.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 39.)

The Clerk shall ISSUE summonses for **Joseph Lombardo**, **Cisco Aguilar** and **Sarah Ruston** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 39.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint, (ECF No. 30), the screening order, (ECF No. 32), and this order to the U.S. Marshal for service on Defendants Joseph Lombardo, Cisco Aguilar and Sarah Ruston. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **January 8, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: November 20, 2023.

_____
UNITED STATES MAGISTRATE JUDGE