UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMEE DEIRDRE HUNDLEY, aka JAMES DERRICK HUNDLEY,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA ex rel. BOARD OF PRISON COMMISSIONERS, et al.,<br><br>Defendants | Case No.: 3:19-cv-00458-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 59 |

Plaintiff, who is an inmate incarcerated within the Nevada Department of Corrections (NDOC), and is represented by counsel, has filed a motion for leave to file a third amended complaint and proposed third amended complaint. (ECF Nos. 59, 59-1.)

Despite being given an extension of time until May 31, 2024, to file a response (*see* ECF No. 61), Defendants have not opposed the motion. Under Local Rule 7-2(d), the failure of an opposing party to file a response to a motion constitutes consent to granting the motion. Therefore, Plaintiff's motion for leave to file a third amended complaint will be granted.

## CONCLUSION

Plaintiff's motion for leave to file a third amended complaint (ECF No. 59) is **GRANTED**.

The Clerk shall **FILE** the third amended complaint (ECF No. 59-1).

On or before **July 10, 2024**, the Attorney General's Office shall file a notice indicating whether it will accept service on behalf of the two defendants added to the third amended complaint: the State of Nevada ex rel. NDOC and the State Board of Prison Commissioners.

On or before **July 24, 2024**, the Defendants who have been served shall file an answer or otherwise respond to the third amended complaint.

**IT IS SO ORDERED**.

Dated: June 26, 2024

_____
Craig S. Denney
United States Magistrate Judge