AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*
*Kim Adamson, Romeo Aranas,*
*David Bequette, , James Dzurenda,*
*Aaron Ford, Tim Garrett, David Greene,*
*Dana Marks, Michael Minev,*
*Martin Naughton, Donald Poag, Sarah Rushton,*
*State of Nevada, ex re. Nevada Department of*
*Corrections, and Board of Prison Commissioners*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMEE DEIRDRE HUNDLEY, aka JAMES DERRICK HUNDLEY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex. rel. BOARD OF PRISON COMMISSIONERS, et al.,<br><br>Defendants. | Case No.  3:19-cv-00458-MMD-CSD<br><br>**REQUEST AND STIPULATION FOR EXTENSION TO FILE RESPONSE TO THE THIRD AMENDED COMPLAINT** |

Plaintiff JAMEE DEIRDRE HUNDLEY, aka JAMES DERRICK HUNDLEY, and Defendants STATE OF NEVADA ex. rel. BOARD OF PRISON COMMISSIONERS, et al., by and through their respective counsel, hereby stipulate and request that this Court grant an extension of time for the Defendants to file their response to Plaintiff's Third Amended Complaint (ECF No. 65).  The Counsel for Defendants is leaving for a vacation on Monday, July 22, 2024.  The response is due Wednesday, July 24, 2024, while counsel will be out of the office. The Parties agree that a 15-day extension of time would be appropriate in this matter.

///

///

1

This extension is to allow the Defendant to properly review and respond to the complaint and not for the purpose of delay. The parties respectfully request this Court adjust the deadlines as set forth above and set **August 8, 2024** for the response.

DATED this 19th day of July, 2024     DATED this 19th day of July, 2023

By: /s/ Leo Wolpert  
Maggie McCletchie Bar No. 10931  
Leo Wolpert Bar No. 12658  
**McCletchie Law**  
602 South Tenth Street  
Las Vegas, NV 89101  
*Attorneys for Plaintiff*

AARON D. FORD  
Attorney General

By: /s/ Douglas R. Rands  
DOUGLAS R. RANDS, Bar No. 3572  
Senior Deputy Attorney General  
*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: July 22, 2024.

_____  
Craig S. Denney  
United States Magistrate Judge