1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel:  (775) 684-1150
5  E-mail:  drands@ag.nv.gov

6  *Attorneys for Defendants*
   *Kim Adamson, Romeo Aranas,*
7  *David Bequette, , James Dzurenda,*
   *Aaron Ford, Tim Garrett, David Greene,*
8  *Dana Marks, Michael Minev,*
   *Martin Naughton, Donald Poag, Sarah Rushton,*
9  *State of Nevada, ex re. Nevada Department of*
   *Corrections, and Board of Prison Commissioners*
10

11              **UNITED STATES DISTRICT COURT**

12              **DISTRICT OF NEVADA**

13  JAMEE DEIRDRE HUNDLEY, aka
    JAMES DERRICK HUNDLEY,                    Case No.  3:19-cv-00458-RCJ-CSD
14
                   Plaintiff,
15                                            **ORDER GRANTING**
                                              **REQUEST AND STIPULATION**
16  v.                                        **FOR EXTENSION OF TIME TO FILE**
                                              **RESPONSE TO MOTION FOR**
17  STATE OF NEVADA ex. Rel. BOARD OF         **PRELIMINARY INJUNCTION**
    PRISON COMMISSIONERS, et al.              **(ECF No. 75)**
18
19                 Defendants.

20         Plaintiff Jamee Deirdre Hundley, aka James Derrick Hundley, and Defendants, Kim Adamson,

21  Romeo Aranas, David Bequette, James Dzurenda, Aaron Ford, Tim Garrett, David Greene, Dana

22  Marks, Michael Minev, Martin Naughton, Donald Poag, Sarah Rushton, State of Nevada, ex re. Nevada

23  Department of Corrections, and Board of Prison Commissioners as a board, not individually, by and

24  through their respective counsel,  hereby stipulate and request that this Court grant an extension of time

25  for the Defendants to file their response to Plaintiff's Motion for Preliminary Injunction. (ECF No. 75)

26  The Counsel for Defendants has been in trial preparation and then had to cover for a colleague with a

27  family emergency.  The response is due Thursday, January 23, 2025.  The Parties agree to a 7-day

28  extension of time.

                                              1

This extension is to allow the Defendant to properly review and respond to the motion and not for the purpose of delay.  The parties respectfully request this Court adjust the deadlines as set forth above, **January 30, 2025,** for the response.

DATED this 23rd day of January 2025          DATED this 23rd day of January, 2025

By: /s/ *Maggie McCletchie*                              AARON D. FORD
Maggie McCletchie Bar No. 10931                 Attorney General
Leo Wolpert Bar No. 12658
**McCletchie Law**
602 South Tenth Street
Las Vegas, NV 89101                                       By: /s/ *Douglas R. Rands*
*Attorneys for Plaintiff*                                       DOUGLAS R. RANDS, Bar No. 3572
                                                                         Senior Deputy Attorney General
                                                                         *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.
DATED: January 23, 2025

_____
UNITED STATES MAGISTRATE JUDGE