# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMEE DEIRDRE HUNDLEY,

    Plaintiff

v.

ROMEO ARANAS, et al.,

    Defendants

Case No.: 3:19-cv-00458-ART-CSD

**Order**

On March 31, 2025, the court held a motions hearing regarding Plaintiff's motion for preliminary injunction. (ECF No. 93.) At the hearing, the court ordered Defendants provide a supplemental declaration from Dr. Marks over the objection of Plaintiff's counsel. For clarity, the court provides the following list as a guide for what information the supplemental declaration should include:

1. How long Dr. Marks has been treating Plaintiff's gender dysphoria;

2. What other doctors or medical staff at NDOC were involved with treating Plaintiff's gender dysphoria and whether Dr. Marks reviewed that care;

3. How Dr. Marks is following the recommendations of APRN Phoenix and an explanation of any divergences from those recommendations;

4. How Dr. Marks knows that the care Plaintiff is receiving is sufficient to treat her gender dysphoria;

5. How and why Dr. Marks concluded that that the adjustments made to Plaintiff's hormone dosages were medically necessary to obtain the best results;

6. How Dr. Marks is complying with World Professional Association for Transgender Individuals (WPATH);

7. Why Plaintiff has not been provided with a 5 alpha reductase inhibitor (such as finasteride or dutasteride) and topical minoxidil to increase scalp hair, especially considering APRN Phoenix's recommendations; and

8. Why Dr. Marks recommended Plaintiff for gender conforming surgery in 2022 but no referral has been made.

As stated at the hearing, Dr. Marks's supplemental declaration is due on **Monday, April 7, 2025**. Plaintiff is entitled to respond to the supplemental declaration and any such response is due on **Monday, April 14, 2025**.

**IT IS SO ORDERED**.

Dated: March 31, 2025.

_____
Craig S. Denney
United States Magistrate Judge