1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9   JAMEE DEIRDRE HUNDLEY, aka,
    JAMES DERRICK HUNDLEY,

10              Plaintiff,                          **Case. No.: 3:19-cv-00458-ART-CSD**

11          vs.
                                                    **ORDER GRANTING**
12   STATE OF NEVADA ex. rel. BOARD OF
     PRISON COMMISSIONERS; STATE OF                 **STIPULATION TO EXTEND**
13   NEVADA ex. rel. NEVADA                         **DEADLINE TO SUBMIT**
     DEPARTMENT OF CORRECTIONS;                     **OBJECTIONS TO REPORT**
14   JOSEPH LOMBARDO, in his official               **AND RECOMMENDATION**
     capacity; AARON FORD, in his official
15   capacity; CISCO AGUILAR, in his official
     capacity; DAVID RIVAS, in his official         **(FIRST REQUEST)**
16   capacity; DAVID GREENE, in his official
     capacity; JAMES DZURENDA, in his
17   official and individual capacities; TIM
     GARRETT, in his official capacity;
18   ROMEO ARANAS, in his individual
     capacity; MICHAEL MINEV, in his
19   individual capacity; DAVID BEQUETTE,
     in his individual capacity; RUSSELLE
20   DONNELLY, in her individual capacity;
     DONALD POAG, in his individual
21   capacity; MARTIN NAUGHTON, in his
     individual capacity; KIM ADAMSON, in
22   his individual capacity; SARAH
     RUSHTON, in her individual capacity,
23   DANA MARKS, in his individual
     capacity, DOES I – X,
24
                Defendants.
25

26

27

28

1

1    Plaintiff Jamee Deirdre Hundley, aka James Derrick Hundley, and Defendants,

2    Kim Adamson, Romeo Aranas, David Bequette, James Dzurenda, Aaron Ford, Tim Garrett,

3    David Greene, Dana Marks, Michael Minev, Martin Naughton, Donald Poag, Sarah Rushton,

4    State of Nevada, ex re. Nevada Department of Corrections, and Board of Prison

5    Commissioners as a board, not individually, by and through their respective counsel, hereby

6    stipulate and request that this Court grant an extension of time for Plaintiff to file her

7    objections to the April 23, 2025, Report and Recommendation Denying her Motion for

8    Preliminary Injunction (ECF No. 101.) This is the first request for an extension of this

9    deadline.

10    Pursuant to LR IB 3-2(a), Ms. Hundley's objections to the Report and

11    Recommendation are due on May 7, 2025. The Parties agree to a nine (9) day extension of

12    time, making the proposed deadline **May 16, 2025**. This request is being made in good faith

13    and not for the purposes of delay, but rather to ensure effective representation for Ms.

14    Hundley. Good cause exists for this extension. Specifically, Ms. McLetchie and Mr. Wolpert

15    were travelling internationally between April 27, 2025, and May 4, 2025, with limited ability

16    to perform legal work.  Additionally, Ms. McLetchie is scheduled for oral argument before

17    the Nevada Supreme Court in Carson City, Nevada, on May 7, 2025, in Case No. 89347,

18    necessitating both travel and preparation. Furthermore, Ms. McLetchie is scheduled for oral

19    argument before the Ninth Circuit Court of Appeals in Phoenix, Arizona, on May 14, 2025,

20    in Case No. 23-4166, which also necessitates both travel and preparation.

21

22    DATED this 6th day of May, 2025.          DATED this 6th day of May, 2025.

23    **MCLETCHIE LAW**                          **AARON D. FORD, Attorney General**

24    By: */s/ Leo S. Wolpert*                   By: */s/ Douglas R. Rands*
      MARGARET A. MCLETCHIE                       Douglas R. Rands
25    Nevada Bar No. 10931                        100 N. Carson Street
      LEO S. WOLPERT,                             Carson City, Nevada 89701
26    Nevada Bar No. 12658                        (775) 684-1150
      602 South Tenth Street                      drands@ag.nv.gov
27    Las Vegas, Nevada 89101                     D. Randall Gilmer
28    Telephone: (702) 728-5300                   555 E. Washington St., Ste. 2600

Fax: (702) 425-8220                     Las Vegas, Nevada 89101
Email: efile@nvlitigation.com           (702) 486-3774
*Attorneys for Plaintiff*                 *Attorneys for Defendants*

.

**ORDER**

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: May 8, 2025

3