UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMEE DEIRDRE HUNDLEY<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex. Rel. BOARD OF PRISON COMMISSIONERS, et al.<br><br>Defendants. | Case No.  3:19-cv-00458-ART-CSD<br><br>**ORDER TO EXTEND DEADLINE TO SUBMIT RESPONSE TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION**<br><br>**FIRST REQUEST** |

Defendants, Kim Adamson, Romeo Aranas, David Bequette, James Dzurenda, Aaron Ford, Tim Garrett, David Greene, Dana Marks, Michael Minev, Martin Naughton, Donald Poag, Sarah Rushton, State of Nevada, ex re. Nevada Department of Corrections, and Board of Prison Commissioners as a board, not individually, and Plaintiff Jamee Deirdre Hundley, by and through their respective counsel, hereby stipulate and request that this Court grant an extension of time for Defendants to file their response to Plaintiff's objections to the April 23, 2025, Report and Recommendation Denying her Motion for Preliminary Injunction (ECF No. 108.) This is the first request for an extension of this deadline.

///

Pursuant to LR IB 3-2(a), Ms. Hundley's objections to the Report and Recommendation were filed on May 16, 2025. Defendants' response is due on May 30, 2025. The Parties agree to a ten (10) day extension of time, making the proposed deadline June 9, 2025. This request is being made in good faith and not for the purposes of delay, but rather to ensure effective response to the objection of Ms. Hundley. Good cause exists for this extension. Specifically, Counsel for the Defendants has been preparing for a jury trial in the case of Mork v. Naughton. The trial statement, jury instructions, witness list, exhibit list and statement of the case are to be completed so that the parties can have a discussion and prepare the documents to be submitted to the court. The extension will allow Counsel to complete that preparation and prepare a response to Plaintiff's objection in this matter. Therefore, there is good cause for the extension.

## ORDER

IT IS SO ORDERED.

_____
**Anne R. Traum**
**United States District Judge**

**DATED: May** 30th, **2025**