**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMEE DEIRDRE HUNDLEY, aka, JAMES DERRICK HUNDLEY,

          Plaintiff,

      vs.

STATE OF NEVADA ex. rel. BOARD OF PRISON COMMISSIONERS; STATE OF NEVADA ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; JOSEPH LOMBARDO, in his official capacity; AARON FORD, in his official capacity; CISCO AGUILAR, in his official capacity; DAVID RIVAS, in his official capacity; DAVID GREENE, in his official capacity; JAMES DZURENDA, in his official and individual capacities; TIM GARRETT, in his official capacity; ROMEO ARANAS, in his individual capacity; MICHAEL MINEV, in his individual capacity; DAVID BEQUETTE, in his individual capacity; RUSSELLE DONNELLY, in her individual capacity; DONALD POAG, in his individual capacity; MARTIN NAUGHTON, in his individual capacity; KIM ADAMSON, in his individual capacity; SARAH RUSHTON, in her individual capacity, DANA MARKS, in his individual capacity, DOES I – X,

          Defendants.

**Case. No.: 3:19-cv-00458-ART-CSD**

**ORDER GRANTING**

**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT RE ECF NO. 131**

**(SECOND REQUEST)**

1

Plaintiff Jamee Deirdre Hundley, aka James Derrick Hundley, and Defendants State of Nevada ex. rel. Board of Prison Commissioners, *et al.*, (collectively, the "Parties") by and through their respective counsel, hereby stipulate and request that this Court grant a two (2) day extension of time for the Parties to file their Joint Status Report in response to this Court's May 1, 2026, minute order. (ECF No. 131.) This is the second request for an extension of this deadline, as the court extended the deadline to May 26, 2026[1] pursuant to the parties' previous stipulation (ECF No. 133) which was granted *nunc pro tunc* on May 26, 2026. (ECF No. 134.)

Good cause exists to extend this deadline. Lead counsel for Defendants, Mr. Rands, is currently out of jurisdiction on a cruise, and therefore has limited access to the Internet. However, the Parties need to meet and confer regarding: (1) combining the Parties' statements into a single joint status report for submission to the Court; (2) submitting exhibits to the Court, including the results of Ms. Hundley's latest blood lab work (if available) and determining whether to submit those exhibits under seal; and, (3) outstanding responses to Ms. Hundley's latest written discovery requests to Defendant NDOC.

This extension is not sought for the purpose of delay. The Parties agree that justice and judicial economy will be served by allowing the Parties a two (2) day extension to submit the Joint Status Report. The Parties thus respectfully request this Court adjust the deadline to submit their Joint Status Report in response to this Court's May 1, 2026, minute order (ECF No. 131), from May 26, 2026, to May 28, 2026.

DATED this 26th day of May, 2026.

**MCLETCHIE LAW**

By: */s/ Leo S. Wolpert*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT,

DATED this 26th day of May, 2026.

**AARON D. FORD, Attorney General**

By: */s/ Douglas R. Rands*
Douglas R. Rands
100 N. Carson Street
Carson City, Nevada 89701

---

[1] The Parties erroneously stipulated to extend the deadline to May 25, 2026, which was a federal holiday.

Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiff*

(775) 684-1150
drands@ag.nv.gov
D. Randall Gilmer
555 E. Washington St., Ste. 2600
Las Vegas, Nevada 89101
(702) 486-3774
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: <u>May 27, 2026</u>

3